UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MADERE & SONS TOWING, LLC and DEEP SOUTH CONSTRUCTION & SALVAGE, LLC | * | CIVIL ACTION |
| | * | |
| | * | NO. 26-cv-1037 |
| | * | |
| Plaintiffs, | * | JUDGE AFFRICK |
| VERSUS | * | |
| | * | MAGISTRATE ROBY |
| U.S. SPECIALTY INSURANCE COMPANY | * | |
| | * | SECTION I |
| Defendant. | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## RULE 7.1 DISCLOSURE STATEMENT

Plaintiffs, Madere & Sons Towing, LLC and Deep South Construction & Salvage, LLC respectfully submit the following Rule 7.1 Disclosure statement.

Madere Holdings, LLC is the parent company of Madere & Sons Towing, LLC and Deep South Construction & Salvage, LLC. There are no publicly traded companies owning 10% or more of the stock or membership interest of either Madere Holdings, LLC, Madere & Sons Towing, LLC, or Deep South Construction & Salvage, LLC.

Respectfully submitted,

/s/Nicholas H. Berg
Nicholas H. Berg (33006)
W. Spencer King (35863)
BERG + KING LLC
1100 Poydras Street, Suite 2200
New Orleans, Louisiana 70163
Telephone: (504) 688-4402
Email: nick@berglaw.us
Email: sking@berglaw.us

&

1

Edward F. Kohnke, IV, (7824)
13590 Hwy. 1077
Folsom, La. 70437
Telephone: (504) 451-8161
Email: edwardkohnke@gmail.com

*Attorneys for Plaintiffs Madere & Sons Towing, L.L.C. and Deep South Construction & Salvage, L.L.C.*